W. H. BRACE COMPANY, Appellant, *v.* FRANK A. KRAFT et al., Respondents.

(Submitted January 17, 1910; decided January 25, 1910.)

Motion for re-argument denied, with ten dollars costs. (See 196 N. Y. 468.)

---

CHARLES A. SATTERLY, Appellant, *v.* EDWARD E. DEWICK, Individually and as Executor of SARAH A. SATTERLY, Deceased, et al., Respondents.

*Satterly* v. *Dewick*, 129 App. Div. 701, affirmed.
(Submitted January 12, 1910; decided January 28, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 11, 1909, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to set aside a devise contained in the will of Sarah A. Satterly, deceased.

*Thomas J. Ritch, Jr.,* for appellant.

*Rowland Miles* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

MARY M. RYDER, as Administratrix of the Estate of ERNEST W. RYDER, Deceased, Respondent, *v.* MOUNTAIN LAKE ICE COMPANY, Appellant.

*Ryder* v. *Mountain Lake Ice Co.,* 133 App. Div. 933, affirmed.
(Argued January 12, 1910; decided January 28, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June